UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. MARTINEZ, | No. 2:22-cv-01369-KJM-CKD P |
| Plaintiff, | |
| v. | ORDER |
| P. LOPEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed July 31, 2023, are adopted in full.

2. The official capacity claims against defendants Lopez, Gordon, and Deramus are dismissed without leave to amend as barred by the Eleventh Amendment.

3. This case is proceeding against defendants Lopez, Gordon, and Deramus in their individual capacities only on Eighth Amendment deliberate indifference claims.

4. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: September 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE