IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUIS A. MARTINEZ,**<br><br>                                        Plaintiff,<br><br>        v.<br><br>**P. LOPEZ, et al.,**<br><br>                                        Defendants. | 2:22-cv-01369 CKD<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION [ECF NO. 22]** |

Upon due consideration, good cause appearing, the Court **GRANTS** Defendants' motion to opt out of the Court's Post-Screening ADR.  The Court lifts the previously imposed stay of this action.  *See* ECF No. 22.  The Court will issue a separate Discovery and Scheduling Order.

   **IT IS SO ORDERED**.

Dated:  December 14, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1