UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>P. LOPEZ, et al.,<br><br>    Defendants. | No.  2:22-cv-1369-KJM-CKD P<br><br><br><br>ORDER |

    Plaintiff filed a motion for a 30 day extension of time to respond to defendants' discovery request.  ECF No. 32.  Defendants filed a partial opposition to the motion requesting that the motion to compel deadline also be extended if plaintiff's motion is granted.  ECF No. 33.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 32) is granted.

    2. Plaintiff shall serve responses to defendants' discovery requests on or before May 1, 2024.

    3. The motion to compel deadline is extended to May 30, 2024.

/////

/////

/////

/////

4. All other provisions of the December 14, 2023, Discovery and Scheduling Order remain in effect.

Dated: April 18, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mart1369.36