UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>P. LOPEZ, et al.,<br><br>        Defendants. | No. 2:22-cv-1369-DC-CKD P<br><br>ORDER |

       On November 25, 2024, defendants filed a motion to deem requests for admission Nos. 7-23 to be admitted, or, in the alternative, to require plaintiff to serve amended responses. (ECF No. 43.) Plaintiff has not opposed the motion. Defendants also seek an extension of time to file their motion for summary judgment. (ECF No. 45.)

       Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion...." Local Rule 230(l).

       In addition, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of

1

jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Plaintiff is hereby cautioned that failure to prosecute this case by failing to respond to defendant's motions or this court's orders may result in a recommendation that the case be dismissed. With this admonition in place, plaintiff will be provided a further opportunity to oppose the defendants' pending discovery motion or to file a statement of non-opposition. The court will also vacate the current deadline for dispositive motions. Accordingly, defendants' motion for a 14-day extension of time to file a motion for summary judgment will be denied as moot.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Within thirty days from the date of this order, plaintiff shall file an opposition, if any, to the defendants' motion to deem requests for admission to be admitted, or, in the alternative, to require plaintiff to serve amended responses; failure to file an opposition will be deemed as plaintiff's consent to have the motion granted.

2. The court vacates the current deadline for dispositive motions, to be re-set after defendants' discovery motion is resolved.

3. Defendants' motion for a 14-day extension of time to file the motion for summary judgment (ECF No. 45) is denied as moot.

4. Plaintiff is further cautioned that failure to prosecute this case by failing to respond to defendant's motions or this court's orders may result in a recommendation that the case be dismissed.

Dated:  January 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, mart1369.noppo.vac