IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS A. MARTINEZ,**<br><br>                                              Plaintiff,<br><br>     v.<br><br>**P. LOPEZ, et al.,**<br><br>                                              Defendants. | Case No. 2:22-cv-01369 CKD<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Good cause appearing, the Court **GRANTS** Defendants' Second Motion for Administrative Relief Re: Extension of the deadline to File a Motion for Summary Judgment. Defendants shall file a motion for summary judgment by **September 5, 2025.**

   **IT IS SO ORDERED.**

Dated: September 3, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

(2:22-cv-01369 CKD)