IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS A. MARTINEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**P. LOPEZ, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01369 CKD<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' THIRD EX PARTE APPLICATION RE: EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

Good cause appearing, the Court **GRANTS** Defendants' Third Ex Parte Application for a 4-day extension of time to file a Motion for Summary Judgment. Defendants shall file a motion for summary judgment by **September 9, 2025.**

**IT IS SO ORDERED.**

Dated: September 9, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, mart22cv1369.36msj

1

(2:22-cv-01369 CKD)