UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS A. MARTINEZ,

Plaintiff,

v.

P. LOPEZ, R.N., et al.,

Defendants.

No. 2:22-cv-1369-DC-CKD P

ORDER

Plaintiff Luis A. Martinez, a state prisoner, proceeds pro se under 42 U.S.C. § 1983. On September 9, 2025, defendants Lopez, DeRamus, and Gordon filed a motion for summary judgment directed to plaintiff's Eighth Amendment medical deliberate indifference claims against them. (ECF No. 55.) On May 22, 2026, the undersigned issued findings and recommendations recommending the motion be granted. (ECF No. 63.) Plaintiff filed objections to the findings and recommendations and submitted new evidence in the form of nine exhibits. (ECF No. 66.)

On August 17, 2026, the presiding district court judge adopted in part the findings and recommendations as to defendant Godon and granted the motion for summary judgment as to defendant Gordon. (ECF No. 68.) The district court judge referred the matter back to the undersigned for further proceedings regarding the motion for summary judgment as to defendants Lopez and DeRamus. (Id.) In light of plaintiff's new evidence and argument to be considered as to defendants' pending motion for summary judgment, defendants will have an opportunity to file

a supplemental reply in support of their motion within 14 days of the date of this order. No other briefing may be filed and the motion will be deemed submitted after the supplemental reply is filed or the time to do so has expired. See Local Rule 230(l).

Good cause appearing, IT IS ORDERED that defendants Lopez and DeRamus shall file any optional supplemental reply in support of their September 9, 2025, motion for summary judgment within 14 days of the date of this order.

Dated: September 14, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mart1369.supp.rep